IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00128-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIK CHARLES GUNDERSON,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

At the request of counsel for the government and for the defendant, a Change of Plea hearing is set for **June 5, 2006 at 9:00 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on June 1, 2006.** <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (**see **D.C.COLO.LCrR 11.1F).**

    DATED: April 12, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge